# ALABAMA COURT OF CRIMINAL APPEALS



October 17, 2025

**CR-2024-0500**
Larry Dennis Roy v. State of Alabama (Appeal from Appeal from St. Clair Circuit Court: CC-91-144)

# <u>NOTICE</u>

You are hereby notified that on October 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk